| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Officer: | Deonte Pope | Telephone: (313) 771-6601 |

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America

v.

Jose Efren DELGADILLO-FLORES

Case No.

Case: 2:26−mj−30316
Assigned To : Unassigned
Assign. Date : 5/28/2026
Description: RE: JOSE EFREN
DELGADILLO−FLORES (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 27, 2026 _____ in the county of _____ Oakland _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Deonte Pope, Enforcement and Removal Operations, ICE
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ May 28, 2026 _____

_____
*Judge's signature*

City and state: __Detroit, MI_____

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

Affidavit

I, Deonte Pope, declared the following under penalty of perjury:

1.      I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security (DHS), having served with ICE as a Deportation Officer since October 06, 2025.

2.      The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3.      The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases.  I have also reviewed relevant immigration records relating to Jose Efren DELGADILLO-FLORES, which reveals the following:

4.      DELGADILLO-FLORES is a forty-three-year-old citizen and native of Mexico who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

5.      On or about March 4, 2008, DELGADILLO-FLORES was encountered by the United States Border Patrol Agents near Naco, Arizona. DELGADILLO-FLORES was offered and accepted a Voluntary Return.

6. On or about April 23, 2018, DELGADILLO-FLORES was encountered by United States Border Patrol Agents in Sterling Heights, Michigan. DELGADILLO-FLORES was arrested and issued a Notice to Appear.

7.      On or about May 14, 2018, an Immigration Judge in Detroit, Michigan, issued a Final Order of Removal. DELGADILLO-FLORES was removed from the United States on May 25, 2018, through the Brownsville-Matamor, Texas port of entry.

8.      Just one year later, on or about June 17, 2019, DELGADILLO-FLORES was encountered by United States Border Patrol Agents, for the second time, near Detroit, Michigan. Border Patrol Agents processed DELGADILLO-FLORES as a Reinstatement of Prior Order of Removal.  On July 2, 2019, DELGADILLO-FLORES was removed from the United States through the Brownsville/Gateway port of entry.

9.      On or about October 23, 2019, DELGADILLO-FLORES was encountered by United States Border Patrol Agents near Laredo, Texas. Border Patrol Agents processed DELGADILLO-FLORES as a Reinstatement of Prior Order of Removal. On October 28, 2019, DELGADILLO-FLORES was removed from the United States through the Laredo, Texas, port of entry.

10.      On or about May 27, 2026, DELGADILLO-FLORES was arrested by Immigration and Customs Enforcement, Enforcement and Removal Operations officers in West Bloomfield Township, Michigan, during an approved targeted enforcement action. At approximately 1020 hours, a male left the location on a bicycle. Immigration officers conducted a consensual stop at Lee Crest Dr. and Beverly Crest Dr. Officers identified Jose DELGADILLO-FLORES (A # XXX XXX 562) and determined that he was unlawfully present in the country. Officers detained DELGADILLO-FLORES and transported him to the Detroit Field Office for processing.

11.      After confirming that DELGADILLO-FLORES had been previously removed three times from the United States, and he had not obtained the express permission of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission to the United States, his prior order of removal was reinstated.

12.      The aforementioned arrest and subsequent detention was administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225,1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who are reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13.      Review of the alien file (A# XXX XXX 562) for DELGADILLO-FLORES, and queries in U.S. Border Patrol computer databases confirm no record exists of DELGADILLO-FLORES obtaining the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission there to following his last removal on October 28, 2019.

14.      Based on the above information, I believe there is probable cause to conclude that Jose Efren DELGADILLO-FLORES, is an alien who was found in

the United States after removal, without obtaining the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States, in violation of Title 8 U.S.C. § 1326(a).

Deonte Pope
Deportation Officer, Immigration and
Customs Enforcement

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Hon. David R. Grand
United States Magistrate Judge

May 28, 2026